```
MINUTE ENTRY
CHASEZ, M.J.
NOVEMBER 20, 2013
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

THE POWER OF FEW, LLC                              CIVIL ACTION

VERSUS                                             NUMBER: 13-5320

DOES 1-19                                          SECTION: "I"(5)

HEARING ON MOTION

APPEARANCES:   Alex Kriksciun, Alexa Stabler, Mark Melasky

MOTION:

(1) Doe #2's Motion to Quash Subpoena (Rec. doc. 12).


_____ :   Continued to

_____ :   No opposition

\_\_1\_\_ :   Opposition


ORDERED

_____ :   Dismissed as moot.

_____ :   Dismissed for failure of counsel to appear.

MJSTAR(00:15)

__1__ : Granted. However, because the Court is unable to say with any degree of certainty at this early stage of the proceedings that plaintiff's claim is frivolous, Doe #2 is to provide plaintiff with his name and address for service purposes subject to a protective order to be entered into between the parties.

_____ : Denied.

_____ : Other.

                                              ALMA L. CHASEZ
                                    UNITED STATES MAGISTRATE JUDGE